JOHN D. ROBERTSON (SBN. 72400)
LAW OFFICES OF JOHN D. ROBERTSON
3700 Wilshire Blvd., Suite 430
Los Angeles, CA 90010
Tel:   (213) 482-8893
Fax:   (213) 482-5002
Email:  jdrlaw@hotmail.com

Attorney for Defendant,
CAMERON J. PETTIT, Deft # 3

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           Plaintiff,<br><br>    vs.<br><br>**WALTER, et. al**<br><br>**CAMERON J. PETTIT, Deft # 3**<br>           Defendant. | Case No.  CR 19-594-ODW-3<br><br>**EX PARTE APPLICATION FOR TEMPORARY RELEASE; DECLARATION OF JOHN D. ROBERTSON; EXHIBITS** |

    Defendant Cameron J. Pettit, by and through his counsel of record John D. Robertson, hereby applies, ex parte, for an order permitting Pettit be released temporarily from custody at the Metropolitan Detention Center to the custody of a United States Marshal to travel to Portola Valley, California on October 2, 2021 to attend his grandfather's memorial service from 2 to 4 pm, to be returned to the Metropolitan Detention Center the evening of the same day, pursuant to 18 U.S.C. 3142(i).

//

//

//

1 | //

2 | Date: September 27, 2021       Respectfully submitted,

3 | /S/ John D. Robertson
4 | JOHN D. ROBERTSON, ESQ.
    Attorney for Defendant
5 | Cameron J. Pettit

# MEMORANDUM OF POINTS AND AUTHORITIES

Pettit is in custody at the Metropolitan Detention Center, and awaiting trial, and is requesting to be temporarily released to be permitted to attend his grandfather's memorial service in Portola Valley, California (near Palo Alto, California) pursuant to 18 U.S.C. 3142(i), on October 2, 2021.

Section 18 U.S.C. 3142(i) provides in pertinent part, "[t]he judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason.

With the Court's permission, Pettit requests that he be temporarily released in the custody of a United States Marshal, on October 2, 2021, at 6:00am, until October 2 at 11:00pm (based on the time to travel to Portola Valley and return after the memorial) to travel in the company of a United States Marshal to attend his grandfather's memorial service, which will take place from 2:00 – 4:00pm on that day. Each of Pettit's parents are ready and immediately willing to sign and execute an unsecured appearance bond in the amount of $50,000.00 each to facilitate this request if required by the Court. The memorial service will take place at the Sequoias at Portola Valley, 501 Portola Road, Portola Valley, California 94028.

The compelling reason for the temporary release is that Defendant Pettit suddenly learned that his grandfather, Noble Hancock, with whom he was very close and who was 99 years old, passed away. Cameron bonded with his maternal grandfather from a very early age, grew up being very close to him, and would visit often and on most holidays. Cameron spent a lot of time with his grandfather, and that close relationship extended even after Pettit was in custody and up to his grandfather's death. As an example, in September of 2020, while at MDC, Cameron drew the attached picture of his grandfather (Exhibit B) to send to him as a gift for his 99th birthday. His grandfather would have been 100 years old on October 1, 2021.

# CONCLUSION

Therefore, based on the criteria in 18 U.S.C. 3142(i) and this Court's authority, Pettit requests this Court temporarily release him to the custody of a United States Marshal and under conditions the Court deems appropriate to travel, from MDC on October 2, 2021 in the custody of a United States Marshal to Portola Valley, California to attend his grandfather's memorial service later the same day.

Date: September 27, 2021                Respectfully submitted,

/S/ *John D. Robertson*
JOHN D. ROBERTSON, ESQ.
Attorney for Defendant
Cameron J. Pettit

# **DECLARATION OF JOHN D. ROBERTSON**

I, John D. Robertson, declare as follows:

    1. I am an attorney at law, duly licensed to practice law in this Court and all Courts in the State of California. I am counsel appointed pursuant to the Criminal Justice Act to represent Defendant, Cameron J. Pettit, in this action.

    2. Pettit is charged with conspiracy to distribute controlled substances resulting in death and distribution of fentanyl resulting in death which occurred on September 7, 2018. Pettit has been in continuous federal custody since his arrest in this matter. Jury trial is currently set for November 16, 2021.

    3. Pettit is currently in custody at the Metropolitan Detention Center.

    4. Pettit's maternal grandfather, who was 99 years old, recently passed away. Pettit was very close to his grandfather and requests to be released to attend the memorial service in Portola Valley.

    5. If released, Pettit requests to depart from MDC on October 2, 2021 at 6:00am with a United States Marshal to travel to Portola Valley, for the purposes of attending his grandfather's memorial service, from 2 to 4pm the same day, and return to MDC later that evening.

    6. The memorial service will take place at the Sequoias at Portola Valley at 501 Portola Road, Portola Valley, California 94028. Attached as Exhibit A is the announcement of the service.

    7. On September 27, 2021, I contacted Assistant United States Attorney Solomon Kim, the assigned prosecutor in this case, to obtain his position on this request and he informed me he opposes this request and intends to file a response with the Court.

    I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief.

//
//
//

1  //

2  Date: September 27, 2021          /S/ John D. Robertson

3                                     JOHN D. ROBERTSON, ESQ.
                                      Attorney for Defendant
4                                     Cameron J. Pettit

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28